624

371 A.2d 1305

Fillak v. Trico Electric, Inc., et al., Appellants.

Argued November 8, 1976. Joan P. Feldman, with her Melvin Schwartz, for appellants; Daniel J. Ackerman, with him Mario Misci, for appellee.

Order affirmed.

371 A.2d 1305

Finley v. Finley, Appellant.

Argued November 8, 1976. Terrence O'Riley Signorella, for appellant; Jeannie A. Barrett, for appellee.

Order affirmed.